**Jerry Lee JOHNSON, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defendant in Error.**

**No. A–12550.**

Criminal Court of Appeals of Oklahoma.

Feb. 12, 1958.

Tom Smith, Wewoka, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., Sam H. Lattimore, Asst. Atty. Gen., for defendant in error.

BRETT, Presiding Judge.

Plaintiff in error, Jerry Lee Johnson, defendant below, was charged by information in the County Court of Seminole County, Oklahoma with the offense of operating a motor vehicle without a driver's license, said offense being allegedly committed on or about June 30, 1956. A jury was waived, a motion to quash interposed and overruled, a demurrer filed and overruled, and defendant stipulated to the truth of the facts alleged in the information. The defendant was found guilty by the trial court and sentenced to pay a fine of $25 and costs. Judgment and sentence

were entered accordingly, from which this appeal has been perfected.

This case is a companion case to the one styled Johnson v. State of Oklahoma, 321 P.2d 976. For the reasons stated therein, the judgment and sentence is affirmed.

POWELL and NIX, JJ., concur.